BANCO DUGAND, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MINNIE STERN and Another, as Surviving Executors and Trustees, etc., of JOSEPH STERN, Deceased, Respondents, v. DAVID M. VAN PRAAG and Another, as Executors, etc., of MARCUS VAN PRAAG, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOCHUM BROS., INC., Respondent, Appellant, v. RIDGEWOOD PIE BAKING CO., INC., and Others, Appellants, Respondents.— Motion granted and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of JEREMIAH J. COUGHLAN, an Attorney.— Proceeding dismissed. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.